# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

**ELEAZAR VEGA**

    Plaintiffs                                 Case No. 1:23-cv-00150-RLY-MJD

v.

**SELENE FINANCE, LP**

    Defendant(s)

## JOINT NOTICE OF SETTLEMENT

Plaintiff Eleazar Vega ("Plaintiff") and Defendant Selene Finance, L.P. ("Defendant"), hereby notify the Court and all parties that they have reached a tentative settlement of this matter. The Parties anticipate that a Stipulation of Dismissal will be submitted within the next thirty (30) days.

Respectfully submitted:

| | |
|---|---|
| /s/Brian D. Flick | /s/ Kyle M. Asher (per email consent 01/23/2024) |
| Brian D. Flick (OH #0081605) | Kyle M. Asher (MI Bar P80359) |
| DannLaw | Dykema Gossett PLLC |
| 15000 Madison Avenue | 201 Townsend St., Suite 900 |
| Lakewood, OH 44107 | Lansing, MI 48933 |
| Phone: 216-373-0539 | (517) 374-9151 |
| Fax: 216-373-0536 | kasher@dykema.com |
| notices@dannlaw.com | |
| | |
| *Counsel for Plaintiff Eleazar Vega* | *Counsel for Defendant Selene Finance, LP.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2024 I electronically filed a copy of the foregoing *Joint Status Report as to Discovery* with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                    /s/Brian D. Flick
                                    Brian D. Flick (OH #0081605)
                                    DannLaw
                                    *Counsel for Plaintiff Eleazar Vega*